IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN MILLER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-49-MAK** |
| | : | |
| **TRIMONT GLOBAL REAL ESTATE** | : | |
| **ADVISORS LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 2nd day of December 2021, upon considering Defendants' Motion for judgment as a matter of law (D.I. 142), following oral argument, and for reasons and the partial findings detailed on the record consistent with Rule 52(c), it is **ORDERED** Defendants' Motion (D.I. 142) is **GRANTED in part** and **DENIED in part**:

1. We **GRANT** Defendants' Motion (D.I. 142) and **DISMISS** all plead claims against Trimont Real Estate Advisors, LLC as the Plaintiff adduced no evidence of this entity's potential liability on the only plead claim;

2. We **DISMISS** Trimont Real Estate Advisors, LLC; and,

3. We **DENY** Defendants' Motion (D.I. 142) as to: (a) Trimont Global Real Estate Advisors LLC's liability for breach of contract based upon section six of the agreements (Exhibits 3, 6, 7); and, (b) the amount of potential compensation owed to Plaintiff should we find a breach of contract.

**KEARNEY, J.**